PER CURIAM.
 

 The petition seeking belated appeal of the judgment and sentence rendered on February 24, 2009, in Clay County Circuit Court case number 2007-CF-001731, is granted. Upon issuance of mandate herein, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal pursuant to Florida Rule of Appellate Procedure 9.141(c)(5)(D). If petitioner qualifies for the appointment of counsel at public ex
 
 *721
 
 pense, he may file a motion with the lower tribunal seeking the appointment of counsel on appeal.
 

 WEBSTER, PADOVANO, and ROBERTS, JJ., concur.